```
Court Name: District of South Dakota
Division: 4
Receipt Number: SDX400007215
Cashier ID: slovro
Transaction Date: 06/12/2007
Payer Name: STEVEN POTTER
------------------------------------
MISCELLANEOUS FEES
 For: STEVEN POTTER
 Amount:         $39.00
------------------------------------
CHECK
 Check/Money Order Num: 16205
 Amt Tendered:   $39.00
------------------------------------
Total Due:       $39.00
Total Tendered:  $39.00
Change Amt:      $0.00

MISC CIV CASE
```