## Issued by the
# UNITED STATES DISTRICT COURT

____Southern____ DISTRICT OF ____South Dakota____

| | |
|---|---|
| John F. Ackerman & Judith Ackerman<br><br>V.<br><br>Indiana Pacers, et al | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1] 06-CV-15108<br><br>U.S. District Court –<br>Eastern District of Michigan<br><br>**FILED**<br>JUL 0 5 2007<br><br>CLERK |

TO:   Citibank (South Dakota), N.A.
      701 E. 60th Street, N., MC 1251
      Sioux Falls, SD 57117

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all information regarding account number ▮▮▮▮▮▮▮▮▮▮, pertaining to John F. Ackerman, Jr. ▮▮▮▮▮▮▮▮▮▮ [social security number: ▮▮▮▮▮▮▮, D.O.B. ▮▮▮▮▮], including but not limited to: account applications and account statements from 11/19/03 to the present.

| PLACE | DATE AND TIME |
|---|---|
| Steven M. Potter, Esq., 2701 Cambridge Court, Suite 223, Auburn Hills, MI 48326 | 7/2/2007 12:00 pm |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Joseph Haas, Clerk by: Jackie Weusahiemer, Deputy* | 6-12-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Citibank (South Dakota), N.A.
701 E. 60th St., N., MC 1251
Sioux Falls, SD 57117

2. Article Number
(Transfer from service label)

7004 2890 0002 6940 7743

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

JOHN F. ACKERMAN, JR. and JUDITH
ACKERMAN,

     Plaintiffs,

                Case No. 06-CV-15108
                U.S. District Court - Eastern District of Michigan

-vs-

                Hon. ANNA DIGGS TAYLOR

INDIANA PACERS, an assumed name for PACERS
BASKETBALL CORPORATION, an Indiana Corporation,
RON ARTEST and DAVID
HARRISON, Jointly & Severally,

     Defendants.

---

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | Potter, DeAgostino, O'Dea & Patterson |
| TODD J. WEGLARZ (P48035) | STEVEN M. POTTER (P33344) |
| Attorneys for Plaintiffs | RICK J. PATTERSON (P55706) |
| 19390 W. Ten Mile Road | Attorney for Indiana Pacers |
| Southfield, Michigan 48075 | 2701 Cambridge Court, Suite 223 |
| (248)355-5555/FAX 5148 | Auburn Hills, Michigan 48326 |
| | (248)377-1700/FAX 0051 |
| | |
| Fried Saperstein Abbatt, P.C. | WALTER J. PISZCZATOWSKI (P27158) |
| ALLAN S. RUBIN (P44420) | Attorney for David Harrison |
| NEIL B. PIOCH (P67677) | 1760 S. Telegraph Road, Suite 300 |
| Attorneys for Ron Artest | Bloomfield Hills, MI 48302 |
| 29800 Telegraph Road | (248) 335-5000/FAX 3346 |
| Southfield, Michigan 48034 | |
| (248) 353-6500/FAX 248-358- 9729 | |

*(left margin, rotated: POTTER, DeAGOSTINO, O'DEA & PATTERSON)*

---

**DEFENDANT'S NOTICE OF TAKING
DUCES TECUM DEPOSITION OF CITIBANK (SOUTH DAKOTA), N.A.**

**TO:**   **Citibank (South Dakota), N.A.
701 E. 60th St., N., MC 1251
Sioux Falls, SD 57117**

     **PLEASE TAKE NOTICE** that Defendant INDIANA PACERS, will take the duces tecum

deposition upon document production only of Citibank (South Dakota), N.A., commencing on

Monday, July 2, 2007 at 12:00 p.m.

The deposition will take place at the U.S. District Court of South Dakota - Southern Division, 400 S. Phillips Avenue, Room 128, Sioux Falls, SD 57104, and will be taken in accordance with Rules 26 and 30 of the Federal Rules of Civil Procedure.

Deponent is required to produce any and all information regarding account number ███████, ████████, pertaining to John F. Ackerman, Jr., ██████████████████ [social security number: ███████, D.O.B.: ██████], including but not limited to: account applications and account statements from 11/19/03 to present.

In lieu of appearing at deposition, Deponent Citibank (South Dakota), N.A., may produce requested documents to POTTER, DeAGOSTINO, O'DEA & PATTERSON, 2701 Cambridge Court, Suite 223, Auburn Hills, MI 48326, prior to July 2, 2007, in accordance with the accompanying Subpoena.

POTTER, DeAGOSTINO, O'DEA & PATTERSON

STEVEN M. POTTER (P33344)
RICK J. PATTERSON (P55706)
Attorneys for Defendant Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700

Dated: June 11, 2007

**PROOF OF SERVICE**

The undersigned certifies that a copy of the above document was served upon the attorneys of record for all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein with postage fully prepaid, depositing said envelope(s) in a U.S. post office mail box in Auburn Hills, Michigan on _____

Lisa Z. Jesse

2